# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                    CASE NO. 3:06CR121LAC

WILLIE TROTTER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __October 12, 2006__
Motion/Pleadings: __MOTION TO UNSEAL INDICTMENT__
Filed by __GOVERNMENT__ on __10/11/2006__ Doc.# __6__
RESPONSES:
                       on _____ Doc.# _____
                       on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 13th day of October, 2006, that:*

*(a) The relief requested is **GRANTED**.*

*(b) _____*

*s/L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.